UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.,

    Plaintiff,

v.

JOHN LAVIN,

    Defendant.

Civil Action No. 19-cv-00204 (JJM)

### [PROPOSED] TEMPORARY RESTRAINING ORDER

Following a hearing on Plaintiff's Motion for Temporary Restraining Order, the Court hereby orders as follows:

1. After consideration of the motion and affidavits submitted by Plaintiff, as well as the arguments of counsel, the Court ALLOWS Plaintiff's motion;

2. Defendant Lavin is hereby ENJOINED from working for or providing any services to PillPack, LLC ("PillPack") through the conclusion of a hearing and decision on CVS's Motion for Preliminary Injunction;

3. Defendant Lavin is hereby ENJOINED from disclosing or using any Confidential Information, as defined in the Restrictive Covenant Agreement; and

4. Plaintiff's Motion for Preliminary Injunction and supporting Memorandum will be submitted on _____, 2019; Defendant's Opposition is due on _____, 2019; Plaintiff's Reply will be due on _____, and a hearing on Plaintiff's Motion for Preliminary Injunction will be held on _____, 2019.

_____     _____
U.S. District Court Judge                                Date