UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS PHARMACY, INC., </br></br> Plaintiff, </br></br> v. </br></br> JOHN LAVIN, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-cv-00204 |

[JOINT PROPOSED] ORDER GRANTING
MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR BOND

Having considered the Motion for Temporary Restraining Order (the "Motion") filed by Plaintiff CVS Pharmacy, Inc. ("CVS"), and any opposition thereto,

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED;

2. Defendant John Lavin ("Lavin") is temporarily restrained and enjoined from: (A) providing any services to or on behalf of PillPack LLC or any pharmacy business owned by Amazon.com, Inc. and (B) using or disclosing CVS's Confidential Information, as that term is defined in Lavin's Restrictive Covenant Agreement, attached as Exhibit A to the Motion.

3. Unless otherwise ordered by the Court, this temporary injunctive relief provided by this Order will remain in effect until the date upon which the Court issues a decision resolving CVS's forthcoming motion for preliminary injunction, which is set for hearing on May 16, 2019. Notwithstanding the foregoing, in no case shall the temporary injunctive relief provided by this Order remain in effect beyond May 21, 2019, unless so extended expressly by the Court.

4. This Order is conditioned upon CVS maintaining a bond in the amount of twenty-five thousand dollars ($25,000) for the payment of such costs and damages that may be incurred

or suffered by Lavin if he is found to have been wrongfully enjoined or restrained. The bond shall be deposited with the registry of the Court in accordance with local rule 67 within three business days of entry of this order.

SO ORDERED this 13th day of May, 2019

_____
Honorable John J. McConnell, Jr.